IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

WILL MOSS, JR.,

    Defendant.
_____/

CIV. NO. S-11-2841 EJG
CR. NO. S-03-0550 EJG

ORDER DIRECTING UNITED STATES
TO FILE A RESPONSE

    Defendant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The United States is directed to file a response to the motion within 60 days from the filing date of this order. Defendant may file a reply brief within 30 days after service of the response upon him. The matter will stand submitted upon receipt of the last brief. The Clerk of Court shall serve a copy of this order and defendant's motion on Assistant U.S. Attorney Michael Beckwith.

    IT IS SO ORDERED.

Dated: November 22, 2011

                             /s/ Edward J. Garcia
                             _____
                             EDWARD J. GARCIA, JUDGE

UNITED STATES DISTRICT COURT