```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIV. C-11-2841 EJG |
| Plaintiff, | CR. S-03-0550 EJG |
| v. | |
| WILL MOSS, JR., | ORDER |
| Defendant. | |

The government's request for an extension of sixty days to May 22, 2012, to file its answer to the defendant's motion is granted.

IT IS SO ORDERED

Dated: March 26, 2012

/s/ Edward J. Garcia
_____
EDWARD J. GARCIA
United States District Judge

1