1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CIV. C-11-2841 EJG |
| Plaintiff, | ) | CR. S-03-0550 EJG |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILL MOSS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

Good cause having been shown in the government's motion, attorneys Michael L. Chastaine and Jan D. Karowsky shall disclose any written or electronic communications between Petitioner and themselves relating to Petitioner's claim that he was not informed of the risks of going to trial.  Mr. Chastaine and Mr. Karowsky shall also submit to an interview and discuss this issue with government's counsel.

Respondent shall limit its use of the documents, the information contained therein, and any information gathered from the interviews of Mr. Chastaine and Mr. Karowsky, to rebuttal of Petitioner's habeas corpus claims.

Respondent shall not use the documents, the information contained therein, or any information gathered from the interviews of Mr. Chastaine and Mr. Karowsky against petitioner in any manner during any future proceeding, including any possible retrial; and

         Respondent shall treat the documents, the information contained therein, and any information gathered from the interviews of Mr. Chastaine and Mr. Karowsky as confidential and shall not disseminate or disclose any information, documents, or the content of any documents obtained pursuant to this order other than in the course of its litigation of this habeas corpus proceeding.

         Accordingly, IT IS HEREBY ORDERED that respondent's motion for discovery is granted.

DATED: May 23, 2012

                              /s/ Edward J. Garcia
                              _____
                              EDWARD J. GARCIA
                              UNITED STATES DISTRICT JUDGE