IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

vs.

WILL MOSS, JR.,

    Movant.

No. 2:03-cr-00550 WBS DAD P

ORDER

Movant has filed a motion for leave to amend his § 2255 motion to add a claim attacking his sentence based upon the Supreme Court's recent decision in <u>Alleyne v. United States</u>, ___U.S.___, 131 S. Ct. 2151 (2013). Respondent has not opposed the motion to amend or otherwise responded to it.

IT IS HEREBY ORDERED that within thirty days of the date of this order respondent shall file an opposition or a statement of non-opposition to movant's motion to amend his pending § 2255 motion.

DATED: September 5, 2013.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
moss0550.mta