UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>WILL MOSS, JR., Warden,<br><br>    Respondent. | No. 2:03-cr-0550 WBS DAD P<br><br>ORDER |

On September 6, 2013, this court ordered respondent to file an opposition or a statement of non-opposition to movant's motion to amend his pending § 2255 petition. Respondent has not complied with the court's order or otherwise responded to it.

Good cause appearing, IT IS HEREBY ORDERED that respondent shall file an opposition or a statement of non-opposition to movant's motion to amend within ten days and shall show cause in writing why sanctions should not issue for failure to timely comply with the court's September 6, 2013 order.

Dated: October 16, 2013

DAD:9
moss0550.osc

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1